# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DANETTE DESDUNES, ET AL.** | * | **CASE NO. 14-1226** |
| **vs.** | * | **SECT. F(2)** |
| **CHRISTOPHER SOYEZ, ET AL.** | * | **JUDGE FELDMAN** |
| | * | **MAG. WILKINSON** |

## JOINT MOTION FOR PROTECTIVE ORDER

**NOW INTO COURT**, through the undersigned counsel and with reservation of all defenses, come plaintiffs, Danette Desdunes, Jeremiah Green, and Allen Desdunes, Jr., and movant, the United States of America, through the Federal Bureau of Investigation, and respectfully move the court under 5 U.S.C. § 552a(b)(11) for a Privacy Act order of disclosure.

The plaintiffs filed the captioned action under *Bivens* and 42 U.S.C. § 1983 against seven individual, named defendants and six "John Doe" defendants whose identities were unknown to Desdunes. Rec. Doc. 1. With the United States' consent, the plaintiffs have issued a subpoena to the United States seeking the identity of a "John Doe" federal employee involved in the underlying subject matter of their complaint. To the extent identities and any other personally-identifying information of federal employees is protected by the Privacy Act, the parties seek a Court order of disclosure under 5 U.S.C. § 552a(b)(11).

**WHEREFORE,** for these reasons, the parties respectfully pray that the Court grant this motion and enter the attached Privacy Act disclosure order.

1

Respectfully submitted,

*s/Stephen J. Haedicke*
Stephen J. Haedicke (# 30537)
Law Offices of Stephen J. Haedicke, LLC
639 Loyola Ave., Suite 1820
New Orleans, LA   70113
Telephone: (504) 525-1328 (ext. 3)
haedickelaw@gmail.com


KENNETH ALLEN POLITE, JR.
UNITED STATES ATTORNEY

*s/Andre J. Lagarde*
PETER M. MANSFIELD (# 28671)
ANDRE J. LAGARDE (# 28649)
Assistant United States Attorneys
Hale Boggs Federal Building
500 Poydras Street, Room 210B
New Orleans, Louisiana   70130
Telephone:   (504) 680-3047
Facsimile: (504) 680-3184
Peter.Mansfield@usdoj.gov

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing pleading has been served upon all counsel of record to this proceeding by ECF, facsimile, or mailing the same by first class United States mail, postage prepaid on this 30th day of June, 2014.

*s/Andre J. Lagarde*