# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

DANETTE DESDUNES, ET AL.          *          CASE NO. 14-1226

vs.                                 *          SECT. F(2)

CHRISTOPHER SOYEZ, ET AL.        *          JUDGE FELDMAN

                                       *          MAG. WILKINSON

**************************************

## MOTION TO FILE AMENDED COMPLAINT UNDER SEAL PURSUANT TO PRIVACY ACT ORDER

NOW COME the plaintiffs, through undersigned counsel, and hereby request permission from this Court to file a version of their Amended Complaint under seal in this matter. As shown in the Memorandum filed in support of this motion, counsel for the plaintiffs has obtained the name of an additional defendant in this matter from the defendant's employer, the Federal Bureau of Investigations. However, the name of this defendant was obtained pursuant to an agreement to keep the information confidential under the Privacy Act, 5 U.S.C. § 552a. The Court entered a Privacy Act order on July 1, 2014, which provides that the plaintiffs may not disclose the name of this additional defendant publicly at this time. (Rec. Doc. #11). However, in order to avoid any possible arguments regarding prescription, the plaintiffs believe they should name this additional defendant in their pleadings prior to the prescription date running in this matter, which will occur on July 30, 2014. Therefore, the plaintiffs filed an unsealed Amended Complaint on July 17, 2014, naming this additional defendant as John Doe #1, per an agreement with counsel for the government and defendants to avoid public disclosure of the name at this time. (Rec. Doc. #18). The plaintiffs now seek to supplement the record with a sealed version of the Amended Complaint containing the defendant's true name.

Both counsel for the individual defendants, AUSA Peter Mansfield, and counsel for the City of New Orleans have been consulted regarding the filing of this motion to seal a version of the Amended Complaint containing this defendant's name, and neither has any objection.

> **/s/Stephen Haedicke**
> **STEPHEN J. HAEDICKE** (# 30537)
> Co-counsel for Plaintiff
> 639 Loyola Ave., # 1820
> New Orleans, LA 70113
> (504)525-1328 Telephone
> (504)910-2659 Fax
> haedickelaw@gmail.com
>
> **GARY W. BIZAL (#1255)**
> 639 Loyola Ave., #1820
> New Orleans, LA 70113
> P: 504.525-1328
> F: 504.525-1353

## _CERTIFICATE OF SERVICE_

I hereby certify that on July 18, 2014, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all parties.

/s/ Stephen Haedicke