UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2014 JUL 24  AM 9: 48

WILLIAM W. BLEVINS
CLERK

DANETTE DESDUNES, ET AL.    *    CASE NO. 14-1226

vs.    *    SECT. F(2)

CHRISTOPHER SOYEZ, ET AL.    *    JUDGE FELDMAN

    *    MAG. WILKINSON

**************************************

## ORDER

Considering the above and foregoing *Motion to File Amended Complaint Under Seal Pursuant to Privacy Act Protective Order*, and the Court finding the motion reasonable under the Privacy Act, 5 U.S.C. 552a, and the Court's previously entered Privacy Act Protective Order (Rec. Doc. #11):

IT IS ORDERED that the plaintiffs are permitted to file a non-public version of their Amended Complaint under seal. The Amended Complaint will remain under seal until such time as any party moves the Court to modify or rescind the Privacy Act Protective Order previously entered in this case.

JUDGE, UNITED STATES DISTRICT COURT

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No. ____