

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

DANETTE DESDUNES, ET AL )
)
)
)
Plaintiff(s) )
v. ) Civil Action No. 14-1226 F(2)
CHRISTOPHER SOYEZ, ET AL )
)
)
)
Defendant(s) )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* JOHN DOE #1
C/O HIS ATTORNEY, ANDRE J. LAGARDE
U.S. DEPARTMENT OF JUSTICE
650 POYDRAS ST., SUITE 1600
NEW ORLEANS, LA 70130

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  STEPHEN J. HAEDICKE, ESQ.
639 LOYOLA AVE., SUITE 1820
NEW ORLEANS, LA 70113
504-525-1328 (T)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

William W. Blevins
Name of Clerk of court

Deputy clerk's signature

**Date:** Jul 24 2014

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 14-1226 F(2)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _Mr. A. Legarde_
was received by me on *(date)* _7/23/14_ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* _Sherral Taylor Paralegal_, who is
designated by law to accept service of process on behalf of *(name of organization)* _U.S. Att._
on *(date)* _7/23/14_ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _7/23/14_

_____
Server's signature

_Nicholas Crespi - Process Server_
Printed name and title

_14 Sherling Dr._
_Jeff, LA 70121_
Server's address

Additional information regarding attempted service, etc: