UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DANETTE DESDUNES, ET AL.** | * | **CASE NO. 14-1226 c/w 15-1123** |
| vs. | * | SECT. "F" (2) |
| **CHRISTOPHER SOYEZ, ET AL.** | * | JUDGE FELDMAN |
| * * * * * * * | | MAG. WILKINSON |

**THIS DOCUMENT RELATES TO CASE #14-1226**

### STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE OF BIVENS/SECTION 1983 ACTION

**NOW INTO COURT**, through undersigned counsel, come the parties, plaintiffs Danette Desdunes, Jeremiah Green, and Allen Harris, and defendants Nathan Gex, John Sablatura, the City of New Orleans, Anthony Rome, and Derek Burke, through counsel, and pursuant to Rule 41(a)(1)(A)(ii), hereby file this Stipulation of Voluntary Dismissal of case number 14-cv-1226 in the above-captioned consolidated matter. Specifically, the parties stipulate to the dismissal of all remaining claims under *Bivens*, 42 U.S.C. § 1983, and state law, against all defendants in case number 14-cv-1226. With agreement of all parties, the plaintiffs dismiss case number 14-cv-1226 in its entirety with prejudice, but will proceed with case number 15-cv-1123, which is a Federal Torts Claim Act case against defendant United States of America.

Respectfully submitted,

                                                                */s/Stephen J. Haedicke*
                                                                Stephen J. Haedicke (# 30537)
                                                                Law Offices of Stephen J. Haedicke, LLC
                                                                639 Loyola Ave., Suite 1820
                                                                New Orleans, LA 70113
                                                                Telephone: (504) 525-1328
                                                                Facsimile: (504) 910-2659

-And-

GARY W. BIZAL (#1255)
639 Loyola Ave., #1820
New Orleans, LA 70113
P: 504.525-1328
F: 504.525-1353

COUNSEL FOR THE PLAINTIFFS


KENNETH ALLEN POLITE, JR.
UNITED STATES ATTORNEY

/s/ Andre Lagarde
ANDRE J. LAGARDE (# 28649)
Assistant United States Attorneys
Hale Boggs Federal Building
500 Poydras Street, Room 210B
New Orleans, Louisiana  70130
Telephone:  (504) 680-3047
Facsimile: (504) 680-3184

COUNSEL FOR THE UNITED STATES



/s/ Sarah Whitman
SARAH E. WHITMAN
Trial Attorney
Torts Branch, Civil Division
United States Department of Justice
PO Box 7146, Ben Franklin Station
Washington, DC 20044

COUNSEL FOR NATHAN GEX AND
JOHN SABLATURA

/s/ Patrick Eagan
E. PATRICK EAGAN
City Attorney's Office, City of New Orleans
1300 Perdido Street, 5th Floor
New Orleans, LA 70112

COUNSEL FOR CITY OF NEW ORLEANS, ANTHONY ROME, AND DEREK BURKE

## CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2016, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all parties.

/s/ Stephen Haedicke